# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAVASIO K. HALL,<br><br>    Plaintiff,<br><br>v.<br><br>VASQUEZ, et.al.,<br><br>    Defendants. | Case No.: 1:18-cv-00272-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING DEFENDANTS J. EAKIR AND L. RAMIREZ FOR FAILURE TO STATE A COGNIZABLE CLAIM FOR RELIEF, AND REFERRING MATTER BACK TO THE MAGISTRATE JUDGE FOR INITIATION OF SERVICE OF PROCESS<br><br>[ECF No. 18] |

Plaintiff Kavasio K. Hall is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 14, 2018, the Magistrate Judge filed a Findings and Recommendations recommending that Defendants J. Eakir and L. Ramirez be dismissed from the action for failure to state a cognizable claim for relief, and this action proceed against Defendant Agiani for failure to protect and against Defendant Vasquez for excessive force. (ECF No. 18.) The Findings and Recommendations were served on Plaintiff and contained notice that objections were to be filed within fourteen (14) days. No objections were filed and the time to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on September 14, 2018, are adopted in full;
2. Defendants J. Eakir and L. Ramirez are dismissed from the action for failure to state a cognizable claim for relief; and
3. The matter is referred back to the Magistrate Judge for initiation of service of process on Defendant Agiani and Vasquez.

IT IS SO ORDERED.

Dated: October 17, 2018

SENIOR DISTRICT JUDGE