# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAVASIO K. HALL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VASQUEZ, et.al.,<br><br>　　　　Defendants. | Case No.: 1:18-cv-00272-AWI-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO CAUSE ISSUED ON NOVEMBER 15, 2018<br><br>[ECF Nos. 25, 26] |

　　　Plaintiff Kavasio K. Hall is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　This action is proceeding against Defendant Agiani (now identified and referenced hereinafter as Hanzel Agbayani) for failure to protect and against Defendant Vasquez for excessive force.

　　　On October 22, 2018, the Court authorized e-service on Defendants Agbayani and Vasquez. (ECF No. 20.)

　　　On November 13, 2018, a notice of intent to waive service was filed on behalf of Defendant Vasquez, and a notice of intent to not waive service was filed on behalf of Defendant Agbayani. (ECF Nos. 23, 24.)

　　　On November 15, 2018, the Court issued an order to show cause why Defendant Agbayani should not be dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

1

On November 26, 2018, an amended notice of intent to waive service was filed on behalf of Defendant Agbayani. In light of the amended notice, the Court's November 15, 2018, order to show is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: __**November 27, 2018**__

UNITED STATES MAGISTRATE JUDGE