# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAVASIO K. HALL,<br><br>    Plaintiff,<br><br>v.<br><br>VASQUEZ, et.al.,<br><br>    Defendants. | Case No.: 1:18-cv-00272-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>[ECF No. 34] |

Plaintiff Kavasio K. Hall is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to modify the discovery and scheduling order, filed June 14, 2019.

Good cause having been presented, it is HEREBY ORDERED that the deadline to file a motion for summary judgment for failure to exhaust the administrative remedies shall be filed on or before July 19, 2019. All other provisions of the Court's January 15, 2019, discovery and scheduling order remain in full force and effect.

IT IS SO ORDERED.

Dated: __June 17, 2019__

UNITED STATES MAGISTRATE JUDGE