# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAVASIO K. HALL,<br><br>    Plaintiff,<br><br>v.<br><br>VASQUEZ, et.al.,<br><br>    Defendants. | Case No.: 1:18-cv-00272-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER<br><br>[ECF No. 40] |

Plaintiff Kavasio K. Hall is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to modify the scheduling order, filed October 18, 2019. On July 17, 2019, the undersigned issued Findings and Recommendations recommending that Defendants' exhaustion-related motion for summary judgment be granted, which is pending review by the District Judge.

Good cause having been presented, it is HEREBY ORDERED that the discovery and dispositive motion deadlines are stayed to be reset after final ruling on Defendants' motion for summary judgment, if necessary.

IT IS SO ORDERED.

Dated: **October 21, 2019**

                                       UNITED STATES MAGISTRATE JUDGE

1